| Debtor 1 | **William V. Cornish** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Pamala V. Cornish** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION | | |
| Case number | **1:18-bk-2418** | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1

**522 N Beaver St**
Street address, if available, or other description

**York**        **PA**    **17404-2705**
City        State    ZIP Code

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$66,880.00** | **$66,880.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>

**$66,880.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

3.1 Make: **Dodge**  
Model: **Caravan/Grand Caravan 2WD**  
Year: **2005**  
Approximate mileage: **196000**  
Other information:

Who has an interest in the property? Check one  
☐ Debtor 1 only  
☐ Debtor 2 only  
■ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another

☐ Check if this is community property  
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? | Current value of the portion you own?  
**$2,413.00** | **$2,413.00**

3.2 Make: **Chevrolet**  
Model: **Uplander FWD**  
Year: **2007**  
Approximate mileage: **143000**  
Other information:  
**2007 Chevrolet Uplander**

Who has an interest in the property? Check one  
☐ Debtor 1 only  
☐ Debtor 2 only  
■ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another

☐ Check if this is community property  
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? | Current value of the portion you own?  
**$2,427.00** | **$2,427.00**

3.3 Make: _____  
Model: _____  
Year: _____  
Approximate mileage: **67000**  
Other information:  
**2014 Nissan Altima (with daughter Chanda Brown-Miller)**

Who has an interest in the property? Check one  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
■ At least one of the debtors and another

☐ Check if this is community property  
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? | Current value of the portion you own?  
**$10,403.00** | **$10,403.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**  
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No  
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=> | **$15,243.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?  
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**  
*Examples:* Major appliances, furniture, linens, china, kitchenware  
☐ No  
■ Yes. Describe.....

**Household Goods (As per attached list)** | **$4,300.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| 2 TV'S, VCR/DVD Player<br>(As per attached list) | $550.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Books, VCR Cassettes, DVD'S<br>(as per attached list) | $500.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Fishing Rods & Reels<br>(as per attached list) | $400.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Guns<br>(as per attached list) | $3,975.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Mens Clothing | $500.00 |
| Women's Clothing | $800.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Costume Jewelry<br>(as per attached list) | $150.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for
    Part 3. Write that number here .................................................................................

    $11,175.00

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ■ No
    ☐ Yes.....................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
            institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ■ Yes.......................                Institution name:

                                              **First National Bank-7026**
                                              **4140 E. State Street**
        17.1.   **Checking Account**          **Hermitage, PA  16148**                              $604.81

                                              **Woodforest National Bank-3152**
                                              **PO Box 7889**
        17.2.   **Checking Account**          **The Woodlands, TX  77387-7889**                    $1,504.03

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes..................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
    joint venture**

    ■ No
    ☐ Yes.  Give specific information about them....................
                            Name of entity:                            % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                            Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
                            Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. .....................             Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
              unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

Company name:                            Beneficiary:                        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No

Software Copyright (c) 2018 CINGroup - www.cincompass.com

☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................    **$2,108.84**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................    **$0.00**

**Part 8:**  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ...........................................................................................    **$66,880.00**

| | | |
|---|---|---|
| 56.  **Part 2: Total vehicles, line 5** | **$15,243.00** | |
| 57.  **Part 3: Total personal and household items, line 15** | **$11,175.00** | |
| 58.  **Part 4: Total financial assets, line 36** | **$2,108.84** | |
| 59.  **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61.  **Part 7: Total other property not listed, line 54** | + **$0.00** | |

62.  **Total personal property.** Add lines 56 through 61...      **$28,526.84**      Copy personal property total      **$28,526.84**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                          **$95,406.84**



**GET MORE INFO**   ♡ **SAVE**   ✉ **SHARE**   ⊘ **HIDE**   **MORE** ▾

City, State, or Zip   🔍

Pennsylvania · York · 17404 · 522 North Beaver Street

# 522 N Beaver St, York, PA 17404

**3 beds · 1 bath · 1,259 sqft**

OFF MARKET

Zestimate⁽*⁾:
$66,880

Rent Zestimate⁽*⁾:
$850 /mo

This 1259 square foot single family home has 3 bedrooms and 1.0 bathrooms. It is located at 522 N BEAVER ST YORK, Pennsylvania.

## Home Shoppers are Waiting

📈 Ask an agent about market conditions in your neighborhood.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling ▴▾

Contact Agent

Or call 717-921-4048 for more info

## Facts and Features

🏠 **Type**
Single Family

📅 **Year Built**
1949

🌡 **Heating**
Forced air

## INTERIOR FEATURES

**Bedrooms**

Beds: 3

**Heating and Cooling**

Heating: Forced air

**Flooring**

Floor size: 1,259 sqft

**Other Interior Features**

Room count: 5

## SPACES AND AMENITIES

**Size**

Unit count: 0

See More Facts and Features ⌄

# Home Value

## Zestimate ⓘ
## $66,880

| ZESTIMATE RANGE ⓘ | LAST 30 DAY CHANGE |
|---|---|
| $60,000 - $78,000 | +$650 (+1.0%) |

Zestimate history & details ⌄



**FOR SALE**

### $37,478

2 beds, 1.0 baths, 1015 sqft
625 N Pershing Ave, Yor...



**FOR SALE**

### $39,900

3 beds, 3.0 baths, 2064 s...
223 Front St, York, PA 17...



**FOR SALE**

### $67,500

4 beds, 1.0 baths, 1290 sqft
751 Conewago Ave, York,...



**FOR SALE**

### $85,000

3 beds, 1.0 baths, 1176 sqft
325 Pennsylvania Ave, Y...

See listings near 522 N Beaver St

### Nearby Similar Sales

**SOLD: $57,000**
Sold on 9/15/2017
3 beds, 1.0 baths, 1321 sqft
731 Conewago Ave, York, PA 17404

**SOLD: $57,577**
Sold on 1/16/2018
4 beds, 2.0 baths, 1810 sqft
519 Smith St, York, PA 17404

**SOLD: $60,000**
Sold on 7/27/2017
5 beds, 1.0 baths, 2240 sqft
511 N Beaver St, York, PA 17404

**SOLD: $60,000**
Sold on 8/16/2017
4 beds, 2.0 baths, 1890 sqft
329 N George St, York, PA 17401

**SOLD: $62,000**
Sold on 4/17/2018

# Price This Home

See sales similar to 522 N Beaver St

## Homes like this sold for $57-90K.



$50K                                    $100K

### PRICE THIS HOME

Choose your
own
comparables to
figure out a
good offer price.

Choose
comps

# Price / Tax History

Price History     Tax History

# Neighborhood: 17404

**MEDIAN ZESTIMATE** ❓

**MARKET TEMP** ❓

## $132,200 Cool

⬆ 6.0%

Past 12 months

Buyers' Market    Sellers' Market

Zillow predicts 17404 home values will increase 2.7% next year, compared to a 3.5% increase for York as a whole. Among 17404 homes, this home is valued 44.7% less than the midpoint (median) home, and is valued 44.8% less per square foot.

**NEIGHBORHOOD MAP**

**NEARBY HOMES**

**OFF MARKET**

< **$42,695**...

526 N Beaver St,...

**OFF MARKET**

**$48,663**...

528 N Beaver St,... >

# Home Expenses

# Nearby Schools in York

**GREATSCHOOLS RATING** ❓ **GRADES DISTANCE**

| | | | |
|---|---|---|---|
| **NR** | Loucks El School | K-1 | 1.8 mi |
| **5** out of 10 | West York Area Middle | 6-8 | 2.2 mi |
| **2** out of 10 | William Penn Senior High | 9-12 | 0.7 mi |

Data by GreatSchools.org ❓

More schools in York

**About the ratings:** Historically, GreatSchools ratings have been based solely on a comparison of standardized test results for

all schools in a given state. As of September 2017, the GreatSchools ratings also incorporate additional information, when available, such as college readiness, academic progress, advanced courses, equity, discipline and attendance data. GreatSchools ratings are designed to be a starting point to help parents compare schools, and should not be the only factor used in selecting the right school for your family. Learn more

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.



# Home Shoppers are Waiting

Ask an agent about market conditions in your neighborhood.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 522 N Beaver ⌄

Contact Agent

Or call 717-910-4403 for more info

**NEARBY CITIES**

Dover Homes For Sale

Hanover Homes For Sale

Manchester Homes For Sale

New Cumberland Homes For Sale

Newberry Homes For Sale

More

**NEARBY NEIGHBORHOODS**

Strinestown Homes For Sale

Zions View Homes For Sale

**NEARBY ZIP CODES**

17309 Homes For Sale

17355 Homes For Sale

17404 Homes For Sale

17406 Homes For Sale

**OTHER YORK TOPICS**

Apartments for Rent in 17404

Houses for Sale in 17404

Houses for Rent in 17404

17404 Real Estate

York Condos

More

522 N Beaver St, YORK, PA, 17404 is a single family home of 1,259 sqft on a lot of 5,535 sqft (or 0.13 acres). Zillow's Zestimate® for 522 N Beaver St is $66,880 and the Rent Zestimate® is $850/mo. This single family home has 3 bedrooms, 1 bath, and was built in 1949. The 2 bed single family home at 625 N Pershing Ave in YORK is comparable and priced for sale at $37,478. This home is located in YORK in zip code 17404. Strinestown and Zions View are nearby neighborhoods. Nearby ZIP codes include 17406 and 17355. Manchester, York, and Weigelstown are nearby cities.

ABOUT   ZESTIMATES   RESEARCH   CAREERS   HELP   ADVERTISE

TERMS OF USE & PRIVACY   AD CHOICE   COOKIE PREFERENCES   BLOG   DATA SCIENCE

MOBILE APPS .

 © 2006-2018 Zillow   Follow us  

# HOUSEHOLD FURNISHING

LIVING ROOM
    SOFA        $500.00
    LOVE SEAT    $250.00
    TV        $300.00
    LAMP    $20.00
    LAMP    $30.00
    VCR/DVD PLAYER    $150.00

KITCHEN
    DINING ROOM SET    $250.00
    REFRIGERATOR    $500.00
    GAS RANGE        $300.00
    HUTCH    $175.00
    POT&PANS, UTENSILS, PLATES, DISHES &GLASSES $500.00
    SMALL APPLIANCES    $300.00

BED ROOM #1
    QUEEN SIZE BED    $300.00
    DRESSER    $200.00
    BUREAU    $150.00
    TV        $100.00

BED ROOM #2
    SLEEPER SOFA $300.00
    COUCH    $400.00

BED ROOM #3
    QUEEN BED    $250.00
    DRESSER    $100.00

Household Furniture

Living Room
Sofa                         $175.00
Love Seat                    $125.00
TV                           $200.00
Lamp                         $50.00
Lamp                         $50.00
DVD/TV Player                $25.00

Kitchen
Dining Room Set              $250.00
Refrigerator                 $350.00
Gas Range                    $200.00
Hutch                        $175.00
Pots, Pans, Utensils, Dishes, Silverware & Glasses   $100.00
Small Appliances             $100.00

Bed Room #1
Queen Size Bed               $350.00
Dresser                      $200.00
Nightstand                   $150.00
TV                           $100.00

Bed Room #2
Sleeper Sofa                 $150.00
Dresser                      $100.00

Bed Room #3
Queen Bed                    $250.00
Dresser                      $150.00

CLOTHING

HUSBAND ~~$500.00~~
~~WIFE~~ ~~$800.00~~

BOOKS $250.00
VCR CASSETTES $50.00
DVD $200.00


COSTUME JEWELRY $150.00



# GUNS

MARLIN .22 RIFLE #175.00
WESTERN FIELD .22 RIFLE # 125.00
JENNINGS .22 AUTO #75.00
SAUR .22 REVOLVER #100.00
SAVAGE .22 MAG RIFLE # 150.00
H&R .22 HORNET RIFLE #175.00
BERNADELI .32 AUTO # 150.00
TARUS .357 MAG REVOLVER #200.00
S&W .38 REVOLVER #150.00
LLAMA .44 REVOLVER #300.00
SAUR .44 REVOLVER #300.00
CVS .44 BLACK POWDER REVOLER #75.00
UBERTI .44 MAG REVOLVER #250.00
MARLIN .45-70 RIFLE #350.00
HEATER'S .30-06 RIFLE #200.00
WINCHESTER 12 GA SHOTGUN #300.00
BEST 12 GA SHOTGUN #125.00
MASS. ARMS 12 GA. SHOTGUN #75.00
STOEGER 20 GA SHOTGUN #150.00
BERDEN .45 BLACK POWDER RIFLE #150.00
THOMPSON CENTER .50 FLINTLOCK RIFLE # 200.00


FISHING RODS & REELS #400.00

THE 2018
**NISSAN ALTIMA**®
with available Intelligent Cruise Control. Maintain a fixed
speed while keeping a set distance between your vehicle
and the vehicle in front.*

SHOP NOW

BUILD

*More Vehicle Information

Advertisement

# 2014 Nissan Altima
# Pricing Report



**Style:** 2.5 S Sedan 4D
**Mileage:** 67,000

## Sell To Private Party



Private Party Range
**$9,420 - $11,385**
Private Party Value
**$10,403**

## Vehicle Highlights

Fuel Economy:
City 27/Hwy 38/Comb 31 MPG

Max Seating: 5

Doors: 4

Engine: 4-Cyl, 2.5 Liter

Drivetrain: FWD

Transmission: Automatic, Xtronic CVT

EPA Class: Midsize Cars

Body Style: Sedan

Country of Origin: Japan

Country of Assembly: United States

Valid for ZIP Code 17231 through 06/14/2018

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✔ Options that you added while configuring this car.

**Engine**

4-Cyl, 2.5 Liter

**Transmission**

Automatic, Xtronic CVT

**Drivetrain**

FWD

**Braking and Traction**

Traction Control
Vehicle Dynamic Control
ABS (4-Wheel)

**Comfort and Convenience**

Anti-Theft System
Keyless Entry
Keyless Start
Air Conditioning
Power Windows
Power Door Locks
Cruise Control

**Steering**

Power Steering
Tilt Wheel

**Entertainment and Instrumentation**

AM/FM Stereo
CD/MP3 (Single Disc)
Bluetooth Wireless

**Safety and Security**

Dual Air Bags
Side Air Bags
F&R Head Curtain Air Bags

**Seats**

Power Seat

**Wheels and Tires**

Steel Wheels

**Exterior Color**

✔ White

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

Tip:
It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider

Advertisement

# 2005 Dodge Grand Caravan Passenger
# Pricing Report



**Style:** SXT Minivan 4D
**Mileage:** 196,000

## Sell To Private Party



Private Party Range
**$1,216 - $3,609**
Private Party Value
**$2,413**

## Vehicle Highlights

Fuel Economy:
City 16/Hwy 23/Comb 19 MPG

Max Seating: 7

Doors: 4

Engine: V6, 3.8 Liter

Drivetrain: FWD

Transmission: Automatic

EPA Class: Minivan

Body Style: Van

Country of Origin: United States

Country of Assembly: United States



Valid for ZIP Code 17231 through 05/24/2018

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✔ Options that you added while configuring this car.

**Engine**

V6, 3.8 Liter

**Transmission**

Automatic

**Drivetrain**

FWD

**Braking and Traction**

Traction Control
ABS (4-Wheel)

**Comfort and Convenience**

Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

**Steering**

Power Steering
Tilt Wheel

**Entertainment and Instrumentation**

AM/FM Stereo
Cassette
CD/MP3 (Single Disc)

**Safety and Security**

Dual Air Bags

**Seats**

Power Seat
Quad Seating (4 Buckets)

**Roof and Glass**

Privacy Glass

**Exterior**

Power Sliding Doors

**Cargo and Towing**

Roof Rack

**Wheels and Tires**

Alloy Wheels

**Exterior Color**

✔ Silver

## Glossary of Terms

Tip:
It's crucial to know your car's true

Advertisement

# 2007 Chevrolet Uplander Passenger
# Pricing Report



**Style:** LS Minivan 4D
**Mileage:** 143,000

### Sell To Private Party



Private Party Range
**$1,672 - $3,181**
Private Party Value
**$2,427**

Private Party Values valid for your area through 05/24/2018
Good Condition

## Vehicle Highlights

Fuel Economy:
City 16/Hwy 23/Comb 19 MPG

Max Seating: 7

Doors: 4

Engine: V6, 3.9 Liter

Drivetrain: FWD

Transmission: Automatic

EPA Class: Vans, Passenger Type

Body Style: Van

Country of Origin: United States

Country of Assembly: United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✔ Options that you added while configuring this car.

**Engine**
V6, 3.9 Liter

**Transmission**
Automatic

**Drivetrain**
FWD

**Braking and Traction**
Traction Control
StabiliTrak
ABS (4-Wheel)

**Comfort and Convenience**
Air Conditioning
Power Windows
Power Door Locks

**Steering**
Power Steering
Tilt Wheel

**Entertainment and Instrumentation**
AM/FM Stereo
CD/MP3 (Single Disc)
OnStar

**Safety and Security**
Dual Air Bags

**Seats**
7-Passenger Seating

**Roof and Glass**
Privacy Glass

**Wheels and Tires**
Steel Wheels

**Exterior Color**
✔ Silver

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

Tip:
It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |

| | | | |
|---|---|---|---|
| Debtor 1 | **William V. Cornish** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION | | |
| Case number | **1:18-bk-2418** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **522 N Beaver St**<br>**York PA, 17404-2705**<br>Line from *Schedule A/B*: **1.1** | $66,880.00 | ■ $43,067.20<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(1)** |
| **Dodge**<br>**Caravan/Grand Caravan 2WD**<br>**2005**<br>**196000**<br>Line from *Schedule A/B*: **3.1** | $2,413.00 | ■ $2,413.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **Chevrolet**<br>**Uplander FWD**<br>**2007**<br>**143000**<br>Line from *Schedule A/B*: **3.2** | $2,427.00 | ■ $2,427.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **Household Goods**<br>**(As per attached list)**<br>Line from *Schedule A/B*: **6.1** | $4,300.00 | ■ $4,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 TV'S, VCR/DVD Player<br>(As per attached list)**<br>Line from *Schedule A/B* **7.1** | $550.00 | ■ $550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Books, VCR Cassettes, DVD'S<br>(as per attached list)**<br>Line from *Schedule A/B* **8.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Fishing Rods & Reels<br>(as per attached list)**<br>Line from *Schedule A/B* **9.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Guns<br>(as per attached list)**<br>Line from *Schedule A/B* **10.1** | $3,975.00 | ■ $975.10<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Guns<br>(as per attached list)**<br>Line from *Schedule A/B* **10.1** | $3,975.00 | ■ $892.61<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Mens Clothing**<br>Line from *Schedule A/B* **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Women's Clothing**<br>Line from *Schedule A/B* **11.2** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Costume Jewelry<br>(as per attached list)**<br>Line from *Schedule A/B* **12.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| **First National Bank-7026<br>4140 E. State Street<br>Hermitage, PA  16148**<br>Line from *Schedule A/B* **17.1** | $604.81 | ■ $604.81<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Woodforest National Bank-3152<br>PO Box 7889<br>The Woodlands, TX  77387-7889**<br>Line from *Schedule A/B* **17.2** | $1,504.03 | ■ $1,504.03<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Pamala V. Cornish** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number | **1:18-bk-2418** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions** | | | |
| Brief description:<br>Line from *Schedule A/B:* | _____ | ☐ _____ | |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Fill in this information to identify your case: |

| | |
|---|---|
| Debtor 1 | **William V. Cornish** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Pamala V. Cornish** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (if known) | **1:18-bk-2418** |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1**   **Nationstar/Mr. Cooper** <br> Creditor's Name | Describe the property that secures the claim: | $23,812.80 | $66,880.00 | $0.00 |

**2.1 Nationstar/Mr. Cooper**
Creditor's Name

**PO Box 199111**
**Dallas, TX 75235**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> 522 N Beaver St, York, PA 17404-2705

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **12/2001**     Last 4 digits of account number   **2776**

| | | | | |
|---|---|---|---|---|
| **2.2**   **Nissan Motor Acceptance** <br> Creditor's Name | Describe the property that secures the claim: | $16,589.00 | $10,403.00 | $6,186.00 |

**PO Box 660360**
**Dallas, TX 75266-0360**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> 2014 Nissan Altima (with daughter Chanda Brown-Miller)

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Loan**

Date debt was incurred   **11/2016**     Last 4 digits of account number   **0001**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

---

| | | | |
|---|---|---|---|

**2.3** | **One Main**
  Creditor's Name

**Describe the property that secures the claim:**

**$17,565.00** | **$2,427.00** | **$15,138.00**

**100 International Dr Fl 17
Baltimore, MD
21202-4673**
  Number, Street, City, State & Zip Code

**2007 Chevrolet Uplander FWD
2007 Chevrolet Uplander**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
  car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Personal Loan**

Date debt was incurred **05/2016**   Last 4 digits of account number   **3168**

---

**2.4** | **The City of York
Pennsylvania**
  Creditor's Name

**Describe the property that secures the claim:**

**$19,826.87** | **$66,880.00** | **$0.00**

**PO Box 1506
York, PA 17405-1506**
  Number, Street, City, State & Zip Code

**522 N Beaver St, York, PA
17404-2705**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
  car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred **03/2018**   Last 4 digits of account number   **1396**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$77,793.67** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$77,793.67** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **William V. Cornish** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Pamala V. Cornish** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION | | |
| Case number (if known) | **1:18-bk-2418** | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

**2.    List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  **1249** | $4,756.18 | $4,756.18 | $0.00 |
| | Priority Creditor's Name | When was the debt incurred?  **2015/2016/2017** | | | |

**550 Main St**
**Cincinnati, OH 45202-3222**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

---

| 4.1 | **Financial Recoveries** | Last 4 digits of account number | **8874** | **$260.00** |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

When was the debt incurred?  **03/2015**

**PO Box 1388**
**Mount Laurel, NJ 08054-7388**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

■ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Collection Agency for Medical Payment Data**

---

| 4.2 | **Hamilton Law Group** | Last 4 digits of account number | **0072** | **$55.00** |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

When was the debt incurred?  **09/2012**

**PO Box 90301**
**Allentown, PA 18109-0301**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify  **Collections for Lehigh Anesthesia Associates**

---

| 4.3 | **Met-Ed** | Last 4 digits of account number | **4041** | **$823.40** |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

When was the debt incurred?  **04/19/2018**

**PO Box 16001**
**Reading, PA 19612-6001**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Utility Bill**

---

| 4.4 | **National Recovery Agency** | Last 4 digits of account number | **1075** | | **$85.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **02/2013**

**2491 Paxton St**
**Harrisburg, PA 17111-1036**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent

■ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               ■ Other. Specify   **Collection Agency for Medical Payment**
☐ Yes                                                             **Data**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
   is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you
   have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
   notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
   type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 4,756.18 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 4,756.18 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,223.40 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,223.40 |

| Debtor 1 | **William V. Cornish** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Pamala V. Cornish** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION | | |
| Case number | 1:18-bk-2418 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number        Street | |
| City                          State           ZIP Code | |
| **2.2** | |
| Name | |
| Number        Street | |
| City                          State           ZIP Code | |
| **2.3** | |
| Name | |
| Number        Street | |
| City                          State           ZIP Code | |
| **2.4** | |
| Name | |
| Number        Street | |
| City                          State           ZIP Code | |
| **2.5** | |
| Name | |
| Number        Street | |
| City                          State           ZIP Code | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Debtor 1 | **William V. Cornish** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Pamala V. Cornish** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION | | |
| Case number (if known) | **1:18-bk-2418** | | |

☐ Check if this is an
amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1    **Chanda Brown-Miller** | ■ Schedule D, line    **2.2** <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Nissan Motor Acceptance** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **William V. Cornish** |
| Debtor 2 (Spouse, if filing) | **Pamala V. Cornish** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (If known) | **1:18-bk-2418** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **Security Officer** | |
| | Employer's name | **Schaad Detective Agency** | |
| | Employer's address | **1114 Roosevelt Ave**<br>**York, PA 17404-2347** | |
| | How long employed there? | **9 years** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **1,200.08** | $ **0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ **1,200.08** | $ **0.00** |

|  |  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here ............................................. | 4. | $ | **1,200.08** | $ **0.00** |
| **5.** | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | **149.45** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ | **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ | **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ | **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | $ | **0.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. | $ | **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | $ | **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify:    **PA UC Tax** | 5h.+ | $ | **0.74** | + $ **0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | **150.19** | $ **0.00** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | **1,049.89** | $ **0.00** |
| **8.** | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | $ | **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | $ | **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | $ | **1,630.00** | $ **1,002.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | $ | **1,344.99** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ | **0.00** | + $ **0.00** |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | **2,974.99** | $ **1,002.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **4,024.88** + | $ **1,002.00** | = $ **5,026.88** |
| **11.** | **State all other regular contributions to the expenses that you list in** *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | +$ | | **0.00** |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ | | **5,026.88** Combined monthly income |
| **13.** | **Do you expect an increase or decrease within the year after you file this form?** ■ No. ☐ Yes. Explain: | | | | |

Case 1:18-bk-02418-HWV    Doc 17    Filed 07/13/18    Entered 07/13/18 12:09:15    Desc
Main Document      Page 34 of 39

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **William V. Cornish** |
| Debtor 2 (Spouse, if filing) | **Pamala V. Cornish** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number (If known) | **1:18-bk-2418** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☑ No

   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☑ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,009.21 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| **6.** | **Utilities:** | | | |
| | 6a.    Electricity, heat, natural gas | 6a. | $ | **315.00** |
| | 6b.    Water, sewer, garbage collection | 6b. | $ | **115.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **78.14** |
| | 6d.    Other. Specify:    **Cell Phone** | 6d. | $ | **80.00** |
| **7.** | **Food and housekeeping supplies** | 7. | $ | **600.00** |
| **8.** | **Childcare and children's education costs** | 8. | $ | **0.00** |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | $ | **40.00** |
| **10.** | **Personal care products and services** | 10. | $ | **100.00** |
| **11.** | **Medical and dental expenses** | 11. | $ | **150.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **400.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **120.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | $ | **50.00** |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.    Life insurance | 15a. | $ | **172.05** |
| | 15b.    Health insurance | 15b. | $ | **405.00** |
| | 15c.    Vehicle insurance | 15c. | $ | **365.33** |
| | 15d.    Other insurance. Specify:    **Dental Insurance** | 15d. | $ | **40.26** |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| **17.** | **Installment or lease payments:** | | | |
| | 17a.    Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b.    Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c.    Other. Specify: | 17c. | $ | **0.00** |
| | 17d.    Other. Specify: | 17d. | $ | **0.00** |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ | **0.00** |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a.    Mortgages on other property | 20a. | $ | **0.00** |
| | 20b.    Real estate taxes | 20b. | $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| **21.** | **Other:** Specify:    **Cigarettes** | 21. | +$ | **30.00** |
| |      **Pet Care** | | +$ | **50.00** |
| **22.** | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **4,119.99** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **4,119.99** |
| **23.** | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **5,026.88** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **4,119.99** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **906.89** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William V. Cornish** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Pamala V. Cornish** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION |
| Case number | **1:18-bk-2418** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ William V. Cornish** | X **/s/ Pamala V. Cornish** |
|---|---|
| **William V. Cornish** | **Pamala V. Cornish** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **July 13, 2018** | Date **July 13, 2018** |

| Debtor 1 | **William V. Cornish** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Pamala V. Cornish** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

Case number: **1:18-bk-2418**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ 66,880.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $ 28,526.84 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $ 95,406.84 |

### Part 2:  Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 77,793.67 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*................................. | $ 4,756.18 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*............................ | $ 1,223.40 |
| | **Your total liabilities** | $ 83,773.25 |

### Part 3:  Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I.*................................................................ | $ 5,026.88 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J.*......................................................... | $ 4,119.99 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-02418-HWV      Doc 17      Filed 07/13/18      Entered 07/13/18 12:09:15      Desc
Main Document      Page 38 of 39

☐   **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.   **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 2,545.07

9.   **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 4,756.18 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 4,756.18 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Case 1:18-bk-02418-HWV    Doc 17    Filed 07/13/18    Entered 07/13/18 12:09:15    Desc
Main Document      Page 39 of 39