## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: William V. Cornish               **BK NO. 18-02418 HWV**
        Pamela V. Cornish a/k/a Pamela V.
Cornish                                   **Chapter 13**
               **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 and index same on the master mailing list.

                            Respectfully submitted,

/s/Brian C. Nicholas
Brian Nicholas
12 Aug 2022, 12:18:02, EDT

                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA  19106
                     215-627-1322

Document ID: f3660367d5bfda7632bac5fbc714f4f6a7e42f52a51945a572fd9ef9d848d815