Gmail     Bernadette Smith <general.dearmondlaw@gmail.com>

## U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: William V. Cornish, Case Number: 18-02418, HWV, Ref: [p-190521740]

1 message

| | |
|---|---|
| USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com><br>To: general.dearmondlaw@gmail.com | Wed, Feb 22, 2023 at 1:26 PM |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

February 23, 2023

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: William V. Cornish, Case Number 18-02418, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

        **U.S. Bankruptcy Court**
        **Ronald Reagan Federal Building**
        **228 Walnut St, Rm 320**
        **Harrisburg, PA 17101-1737**

---

Undeliverable Address:
U.S. Bank National Association, et. al.

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

    *U.S. BANK NATIONAL ASSOCIATION et. al.*
    *PO BOX 619096 DALLAS TX 75261-9741*

Undeliverable Address:
8950 Cypress Waters Blvd, Coppell, Texas 75019

Role type/cr id: 5086735
Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_U.S. BANK NATIONAL ASSOCIATION et. al._
_PO BOX 619096 DALLAS TX 75261-9741_

Undeliverable Address:
Nationstar Mortgage LLC d/b/a Mr. Cooper as servic

Role type/cr id: 5086734
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

_NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER_
_PO BOX 619096 DALLAS TX 75261-9741_

_[signature]_                                              _2-23-2023_
Signature of Debtor or Debtor's Attorney                    Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

📄 B_P118024183180W0285.PDF
   60K