United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William V. Cornish  
Pamala V. Cornish  
    Debtors

Case No. 18-02418-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Feb 21, 2023      Form ID: 3180W      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | William V. Cornish, Pamala V. Cornish, 522 N Beaver St, York, PA 17404-2705 |
| 5070590 | | Cornish Pamala V, 522 N Beaver St, York, PA 17404-2705 |
| 5070589 | | Cornish William V, 522 N Beaver St, York, PA 17404-2705 |
| 5070591 | + | DeArmond & Associates of York LLC, 18 S George St Ste 610, York, PA 17401-1173 |
| 5070593 | | Hamilton Law Group, PO Box 90301, Allentown, PA 18109-0301 |
| 5070595 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 5070597 | | Nationstar/Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 5070600 | | The City of York Pennsylvania, PO Box 1506, York, PA 17405-1506 |
| 5338778 | + | U.S. Bank National Association, et. al., P.O Box 619096, Dallas, TX 75261-9096 |
| 5338779 | + | U.S. Bank National Association, et. al., P.O Box 619096, Dallas, TX 75261-9741, U.S. Bank National Association, et. al., P.O Box 619096 Dallas, TX 75261-9096 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2023 19:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al..., 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5070592 | ^ | MEBN | Feb 21 2023 19:11:00 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 5070594 | | EDI: IRS.COM | Feb 22 2023 00:14:00 | Internal Revenue Service, 550 Main St, Cincinnati, OH 45202-3222 |
| 5337152 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 21 2023 19:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, McCalla Raymer Leibert Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5070596 | | Email/Text: Bankruptcies@nragroup.com | Feb 21 2023 19:14:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5090939 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2023 19:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 5070598 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 21 2023 19:14:00 | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 5075624 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 21 2023 19:14:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 5084336 | | EDI: AGFINANCE.COM | Feb 22 2023 00:14:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5070599 | + | EDI: AGFINANCE.COM | | |

| | | Feb 22 2023 00:14:00 | One Main, 100 International Dr Fl 17, Baltimore, MD 21202-4776 |
|---|---|---|---|

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, et. al. |
| 5086735 | | 8950 Cypress Waters Blvd, Coppell, Texas 75019 |
| 5086734 | | Nationstar Mortgage LLC d/b/a Mr. Cooper as servic |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Nationstar Mortgage LLC d/b/a Mr. Cooper, McCalla Raymer Leibert Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5343076 | *+ | U.S. Bank National Association, et. al., P.O. Box 619096, Dallas, TX 75261-9741, U.S. Bank National Association, et. al., P.O. Box 619096, Dallas, TX 75261-9096 |
| 5343075 | *+ | U.S. Bank National Association, et. al., P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keith B DeArmond | on behalf of Debtor 2 Pamala V. Cornish general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Keith B DeArmond | on behalf of Debtor 1 William V. Cornish general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pa-bk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William V. Cornish<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1249<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Pamala V. Cornish<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9092<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–02418–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William V. Cornish

Pamala V. Cornish
aka Pamela V. Cornish

2/21/23

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2