l in this information to identify the case:

Debtor 1    WILLIAM V. CORNISH

Debtor 2    PAMALA V. CORNISH aka Pamela V. Cornish
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 1:18-bk-02418-HWV

---

Form 4100R

## Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2776

**Property address:**  522 N Beaver St
Number Street
*York, PA 17404
City     State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: ***This is a Total Debt Claim iao $25660.48. Loan matured on 9/12/2019, suspense balance is 0.00 and per client Trustee has paid per 23034.41 which is the amount on NDC***    (a) $ 1,274.80

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 1,274.80

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    09/01/2019
MM/DD/YYYY

Debtor 1 __WILLIAM V. CORNISH__                     Case number *(if known)* 1:18-bk-02418-HWV
        First      Middle      Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/Mario Hanyon__                              Date __03/16/2023__
   Signature

Print    __Mario Hanyon__                          Title __Attorney__
      First Name  Middle Name  Last Name

Company  __Brock & Scott, PLLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  __8757 Red Oak Blvd., Suite 150__
      Number    Street

     __Charlotte, NC 28217__
     City    State    ZIP Code

Contact phone  __844-856-6646__   Email __PABKR@brockandscott.com__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>WILLIAM V. CORNISH AND PAMALA V. CORNISH aka Pamela V. Cornish<br><br>U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2,<br>    Movant<br><br>vs.<br><br>WILLIAM V. CORNISH AND PAMALA V. CORNISH aka Pamela V. Cornish,<br>    Debtors | Case No. 1:18-bk-02418-HWV<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

WILLIAM V. CORNISH
522 N BEAVER ST
YORK, PA 17404

PAMALA V. CORNISH
522 N BEAVER ST
YORK, PA 17404

Keith B DeArmond, Debtor's Attorney
924 Colonial Avenue
Ste 305
York, PA 17403
general.dearmondlaw@gmail.com

Jack N Zaharopoulos (Trustee), Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
United States Trustee

228 Walnut Street, Suite 1190
Harrisburg, PA 17101

<u>March 16, 2023</u>

    <u>*/s/Mario Hanyon*</u>
    Andrew Spivack, PA Bar No. 84439
    Matt Fissel, PA Bar No. 314567
    Mario Hanyon, PA Bar No. 203993
    Ryan Starks, PA Bar No. 330002
    Jay Jones, PA Bar No. 86657
    Attorney for Creditor
    BROCK & SCOTT, PLLC
    8757 Red Oak Boulevard, Suite 150
    Charlotte, NC 28217
    Telephone: (844) 856-6646
    Facsimile: (704) 369-0760
    E-Mail: PABKR@brockandscott.com

## Post-Petition Ledger

| Filed By: | William V. Cornish | Payment Changes | | |
|---|---|---|---|---|
| | Pamala V. Cornish | | | |
| Case Number: | 18-02418 | From Date | To Date | Total Amount |
| Filing Date: | 06/08/18 | | | $0.00 |
| | | | | $0.00 |
| Payments in POC: | $0.00 | | | $0.00 |
| First Post Due Date: | 07/01/18 | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/18 | | | | $ - | | | | $ - | $ - |
| 09/04/18 | $ 908.56 | | | $ 908.56 | | | | $ 908.56 | $ 908.56 |
| 12/04/18 | $ 325.84 | | | $ 1,234.40 | | $ 325.84 | | $ - | $ 908.56 |
| 01/09/19 | $ 325.84 | | | $ 1,560.24 | | $ 325.84 | | $ - | $ 908.56 |
| 02/07/19 | $ 325.84 | | | $ 1,886.08 | | $ 325.84 | | $ - | $ 908.56 |
| 06/05/20 | $ 325.84 | | | $ 2,211.92 | | | | $ 325.84 | $ 1,234.40 |
| 06/05/20 | $ 680.05 | | | $ 2,891.97 | | | | $ 680.05 | $ 1,914.45 |
| 06/05/20 | $ 908.56 | | | $ 3,800.53 | | | | $ 908.56 | $ 2,823.01 |
| 06/05/20 | $ 225.19 | | | $ 4,025.72 | | | | $ 225.19 | $ 3,048.20 |
| 06/05/20 | $ 676.73 | | | $ 4,702.45 | | | | $ 676.73 | $ 3,724.93 |
| 06/05/20 | $ 908.56 | | | $ 5,611.01 | | | | $ 908.56 | $ 4,633.49 |
| 06/05/20 | $ 905.24 | | | $ 6,516.25 | | | | $ 905.24 | $ 5,538.73 |
| 06/05/20 | $ 905.24 | | | $ 7,421.49 | | | | $ 905.24 | $ 6,443.97 |
| 06/05/20 | $ 982.86 | | | $ 8,404.35 | | | | $ 982.86 | $ 7,426.83 |
| 06/05/20 | $ 554.63 | | | $ 8,958.98 | | | | $ 554.63 | $ 7,981.46 |
| 06/05/20 | $ 554.63 | | | $ 9,513.61 | | | | $ 554.63 | $ 8,536.09 |
| 06/05/20 | $ 554.63 | | | $ 10,068.24 | | | | $ 554.63 | $ 9,090.72 |
| 06/05/20 | $ 554.63 | | | $ 10,622.87 | | | | $ 554.63 | $ 9,645.35 |
| 06/05/20 | $ 554.63 | | | $ 11,177.50 | | | | $ 554.63 | $ 10,199.98 |
| 06/05/20 | $ 554.63 | | | $ 11,732.13 | | | | $ 554.63 | $ 10,754.61 |
| 06/05/20 | $ 535.01 | | | $ 12,267.14 | | | | $ 535.01 | $ 11,289.62 |
| 10/14/22 | $ 1,954.16 | | | $ 14,221.30 | | | | $ 1,954.16 | $ 13,243.78 |
| 10/20/22 | $ 325.84 | | | $ 14,547.14 | | $ 325.84 | | $ - | $ 13,243.78 |
| 10/20/22 | $ 1,009.21 | | | $ 15,556.35 | $ 680.05 | $ 329.16 | | $ 0.00 | $ 13,243.78 |
| 10/20/22 | $ 304.11 | | | $ 15,860.46 | | $ 304.11 | | $ - | $ 13,243.78 |
| 10/20/22 | $ 329.16 | | | $ 16,189.62 | | $ 329.16 | | $ - | $ 13,243.78 |
| 10/20/22 | $ 102.57 | | | $ 16,292.19 | $ 102.57 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 577.48 | | | $ 16,869.67 | $ 577.48 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 962.43 | | | $ 17,832.10 | $ 680.05 | $ 282.38 | | $ - | $ 13,243.78 |
| 10/20/22 | $ 254.65 | | | $ 18,086.75 | $ 254.65 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 143.02 | | | $ 18,229.77 | $ 143.02 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 682.95 | | | $ 18,912.72 | $ 680.05 | $ 2.90 | | $ 0.00 | $ 13,243.78 |
| 10/20/22 | $ 677.15 | | | $ 19,589.87 | $ 677.15 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 1,009.21 | | | $ 20,599.08 | $ 680.05 | $ 329.16 | | $ 0.00 | $ 13,243.78 |
| 10/20/22 | $ 25.51 | | | $ 20,624.59 | $ 25.51 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 325.38 | | | $ 20,949.97 | $ 325.38 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 683.83 | | | $ 21,633.80 | $ 354.67 | $ 329.16 | | $ - | $ 13,243.78 |
| 10/20/22 | $ 676.27 | | | $ 22,310.07 | $ 676.27 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 332.94 | | | $ 22,643.01 | $ 3.78 | $ 329.16 | | $ - | $ 13,243.78 |
| 10/20/22 | $ 1,009.21 | | | $ 23,652.22 | $ 680.05 | $ 329.16 | | $ 0.00 | $ 13,243.78 |
| 10/20/22 | $ 17.95 | | | $ 23,670.17 | $ 17.95 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 991.26 | | | $ 24,661.43 | $ 662.10 | $ 329.16 | | $ (0.00) | $ 13,243.78 |
| 10/20/22 | $ 368.84 | | | $ 25,030.27 | $ 368.84 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 640.37 | | | $ 25,670.64 | $ 311.21 | $ 329.16 | | $ (0.00) | $ 13,243.78 |
| 10/20/22 | $ 680.05 | | | $ 26,350.69 | $ 680.05 | | | $ - | $ 13,243.78 |
| 10/20/22 | $ 289.48 | | | $ 26,640.17 | | $ 289.48 | | $ - | $ 13,243.78 |
| 10/20/22 | | | | $ 26,640.17 | $ 680.05 | $ 329.16 | | $ (1,009.21) | $ 12,234.57 |
| 10/20/22 | | | | $ 26,640.17 | $ 61.41 | | | $ (61.41) | $ 12,173.16 |
| 10/20/22 | | | | $ 26,640.17 | $ 618.64 | $ 329.16 | | $ (947.80) | $ 11,225.36 |
| 10/20/22 | | | | $ 26,640.17 | $ 412.30 | | | $ (412.30) | $ 10,813.06 |
| 10/20/22 | | | | $ 26,640.17 | $ 267.75 | $ 329.16 | | $ (596.91) | $ 10,216.15 |
| 10/20/22 | | | | $ 26,640.17 | $ 680.05 | | | $ (680.05) | $ 9,536.10 |
| 10/20/22 | | | | $ 26,640.17 | | $ 246.02 | | $ (246.02) | $ 9,290.08 |
| 10/20/22 | | | | $ 26,640.17 | $ 680.05 | $ 329.16 | | $ (1,009.21) | $ 8,280.87 |
| 10/20/22 | | | | $ 26,640.17 | $ 104.87 | | | $ (104.87) | $ 8,176.00 |
| 10/20/22 | | | | $ 26,640.17 | $ 575.18 | $ 329.16 | | $ (904.34) | $ 7,271.66 |
| 10/20/22 | | | | $ 26,640.17 | $ 455.76 | | | $ (455.76) | $ 6,815.90 |
| 10/20/22 | $ 976.52 | | | $ 27,616.69 | | | | $ 976.52 | $ 7,792.42 |
| 10/20/22 | $ 553.45 | | | $ 28,170.14 | $ 224.29 | $ 329.16 | | $ 0.00 | $ 7,792.42 |
| 10/20/22 | $ 355.11 | | | $ 28,525.25 | $ 355.11 | | | $ - | $ 7,792.42 |
| 10/20/22 | $ 654.10 | | | $ 29,179.35 | $ 324.94 | $ 329.16 | | $ - | $ 7,792.42 |
| 10/20/22 | $ 254.46 | | | $ 29,433.81 | $ 254.46 | | | $ - | $ 7,792.42 |
| 10/20/22 | $ 754.75 | | | $ 30,188.56 | $ 425.59 | $ 329.16 | | $ - | $ 7,792.42 |
| 10/20/22 | $ 153.81 | | | $ 30,342.37 | $ 153.81 | | | $ - | $ 7,792.42 |
| 10/20/22 | $ 855.40 | | | $ 31,197.77 | $ 526.24 | $ 329.16 | | $ (0.00) | $ 7,792.42 |
| 10/20/22 | $ 53.16 | | | $ 31,250.93 | $ 53.16 | | | $ - | $ 7,792.42 |
| 10/20/22 | | | | $ 31,250.93 | $ 626.89 | $ 281.67 | | $ (908.56) | $ 6,883.86 |
| 10/20/22 | $ 22.78 | | | $ 31,273.71 | $ 22.78 | | | $ - | $ 6,883.86 |

| Date | Payment | | | Balance | Principal | Interest | | Escrow | Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/22 | $ 657.27 | | | $ 31,930.98 | $ 657.27 | | | | $ - | $ 6,883.86 |
| 10/21/22 | | | | $ 31,930.98 | | $ 100.65 | | | $ (100.65) | $ 6,783.21 |
| 10/21/22 | | | | $ 31,930.98 | $ 680.05 | $ 329.16 | | | $ (1,009.21) | $ 5,774.00 |
| 10/21/22 | | | | $ 31,930.98 | $ 680.05 | $ 329.16 | | | $ (1,009.21) | $ 4,764.79 |
| 10/21/22 | $ 680.05 | | | $ 32,611.03 | $ 680.05 | | | | $ - | $ 4,764.79 |
| 10/25/22 | | | | $ 32,611.03 | | $ 3,299.64 | | | $ (3,299.64) | $ 1,465.15 |
| 10/25/22 | | | | $ 32,611.03 | | | | $ 1,465.15 | $ (1,465.15) | $ - |
| 11/09/22 | $ 19.92 | | | $ 32,630.95 | | | | | $ 19.92 | $ 19.92 |
| 11/10/22 | | | | $ 32,630.95 | $ 19.92 | | | | $ (19.92) | $ - |
| | | | | $ 32,630.95 | | | | | $ - | $ - |