Fill in this information to identify the case:

Debtor 1   William V. Cornish

Debtor 2   Pamala V. Cornish
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE            District of   PENNSYLVANIA
                                                                                    (State)

Case number   1:18-bk-02418-HWV

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 | Court claim no. (if known)         4 |

**Last four digits** of any number you use to identify the debtors' account:        XXXXXX2776

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | 3/19/2020, 4/30/2020 | (8) | $ 1,201.07 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Case 1:18-bk-02418-HWV    Doc     Filed 06/26/20    Entered 06/26/20 14:30:08    Desc
Main Document      Page 1 of 5

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
❇ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/Melissa  Licker*                                    Date    6/26/2020
    Signature

Print:    Melissa                              Licker                    Title    Authorized Agent
    First Name          Middle Name          Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
    Number          Street
    Roswell                    GA              30076
    City                        State            ZIP Code

Contact phone        732-902-5384                    Email    Melissa.Licker@mccalla.com

Case 1:18-bk-02418-HWV    Doc      Filed 06/26/20   Entered 06/26/20 14:30:08    Desc
Main Document      Page 2 of 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 1:18-bk-02418-HWV |
| William V. Cornish | ) | **Chapter** 13 |
| Pamala V. Cornish | ) | |
| | ) | **JUDGE:** Henry W. Van Eck |

## <u>EXHIBIT B</u>

## ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Tax Advances (non-Escrow) | | | $284.93 |
| 03/19/2020 | County Taxes Advanced | $284.93 | |
| Tax Advances (non-Escrow) | | | $916.14 |
| 04/30/2020 | City Taxes Advanced | $916.14 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                **$1,201.07**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

Bankruptcy Case No.: 1:18-bk-02418-
HWV

In Re:                                          Chapter:            13
    William V. Cornish              Judge:              Henry W. Van Eck
    Pamala V. Cornish

CERTIFICATE OF SERVICE

I, Melissa  Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

William V. Cornish
522 N Beaver St
York, PA 17404-2705

Pamala V. Cornish
522 N Beaver St
York, PA 17404-2705

Keith B DeArmond                    *(served via ECF Notification)*
2951 Whiteford Road, Suite101
York, PA 17402

Charles J. DeHart, III, Trustee     *(served via ECF Notification)*

8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                    *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

      I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT.

Executed on:  <u>6/26/2020</u>  By:  */s/Melissa  Licker*
         (date)          Melissa  Licker
                   Authorized Agent for U.S. Bank National Association,
Not In Its Individual Capacity But Solely As Trustee
For The CIM Trust 2018-NR1 Mortgage-Backed
Notes, Series 2018-NR1 as serviced by Nationstar
Mortgage LLC d/b/a Mr. Cooper